The court has issued a jury decision. The prosecution has lost the case. The jury is adjourned at trial. The state has no opposition to the show and the jury decision. The case was a total cross-examination.
judges: Clifton, Watford, Melloy